IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MEDIA NETWORKS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-410-GMS |
| MERCEDES-BENZ USA, LLC, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION AND ORDER OF PARTIES TO LIFT TEMPORARY STAY**

WHEREAS, on September 8, 2015, the Court granted Plaintiff Advanced Media Networks, LLC and Defendant Mercedes-Benz USA, LLC's (the "Parties") stipulation to temporarily stay this action (D.I. 12) pending the Court's decision on a motion to stay pending completion of the *Ex Parte* Reexamination of U.S. Patent No. 5,960,074 ("the '074 Patent") by the United States Patent and Trademark Office ("USPTO") filed by the defendants in co-pending actions *Advanced Media Networks, LLC v. Verizon Commc'ns Inc. and Cellco P'ship d/b/a Verizon Wireless*, C.A. No. 14-1495-GMS (D. Del.); *Advanced Media Networks, LLC v. T-Mobile US, Inc. and T-Mobile USA, Inc.*, C.A. No. 14-1518-GMS (D. Del.); and *Advanced Media Networks, LLC v. Sprint Corp. et al.*, C.A. No. 15-0142-GMS (D. Del.) (collectively, "Co-pending Cellular Cases");

WHEREAS, on November 13, 2015, the USPTO issued the *Ex Parte* Reexamination Certificate for the '074 Patent, concluding the Reexamination (*see* Exhibit A); and

WHEREAS, on December 8, 2015, the Court lifted the stay in the Co-pending Cellular Cases (*see, e.g.*, *Advanced Media Networks, LLC v. T-Mobile US, Inc. and T-Mobile USA, Inc.*, C.A. No. 14-1518-GMS, D.I. 34 (D. Del.));

1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, and subject to the approval of the Court, that:

(1) the stay in the above captioned matter is hereby lifted; and

(2) pursuant to D.I. 10, the Parties will submit a Joint Status Report along with a proposed scheduling order within 30 days of this Order.

| | |
|---|---|
| Dated: December 18, 2015 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Vanessa R. Tiradentes*<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>*sbrauerman@bayardlaw.com*<br>*vtiradentes@bayardlaw.com*<br>*sbussiere@bayardlaw.com* |
| Brian A. Carpenter<br>Eric W. Buether<br>Christopher M. Joe<br>Niky Bukovcan<br>Mark D. Perantie<br>BUETHER JOE & CARPENTER, LLC<br>1700 Pacific Avenue, Suite 4750<br>Dallas, Texas 75201<br>(214) 446-1270<br>Eric.Buether@BJCIPlaw.com<br>Brian.Carpenter@BJCIPlaw.com<br>Chris.Joe@BJCIPlaw.com<br>Mark.Perantie@BJCIPLaw.com<br>Niky.Bukovcan@BJCIPlaw.com | |
| | *Attorneys for Plaintiff*<br>*Advanced Media Networks, LLC* |
| | ASHBY & GEDDES |
| OF COUNSEL:<br><br>Scott W. Doyle<br>Jonathan R. DeFosse<br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>801 17th Street, N.W.<br>Washington, DC 20006<br>(202) 639-7000<br>scott.doyle@friedfrank.com<br>jonathan.defosse@friedfrank.com | */s/ Tiffany Geyer Lydon*<br>Steven J. Balick (#2114)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant*<br>*Mercedes-Benz USA, LLC* |

SO ORDERED this _____ day of _____, 2015.

                                                    _____
                                                    Honorable Gregory M. Sleet